**Order entered March 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00296-CV

**CJY INVESTMENT, L.L.C., ET AL, Appellants**

**V.**

**JAMES D. YOO, ET AL, Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-04102**

## ORDER

We **GRANT** appellants' March 1, 2013 motion for an extension of time to file their notice of appeal. The notice of appeal filed on March 1, 2013 is deemed timely for jurisdictional purposes.

/s/     DAVID LEWIS
JUSTICE